1  JOHN R. YATES, ESQ. (State Bar No. 120344)
   jyates@greenbass.com
2  GREENBERG & BASS LLP
   16000 Ventura Boulevard, Suite 1000
3  Encino, California 91436
   Tel:  (818) 382-6200 • Fax: (818) 986-6534
4
   Attorneys for Defendants
5  Awake, Inc., Ross Stores, Inc. and
   The Estate of Marilyn Monroe, LLC
6

7

8               **UNITED STATES DISTRICT COURT**

9               **CENTRAL DISTRICT OF CALIFORNIA**

10

| 11 | L.A PRINTEX INDUSTRIES, INC., A California Corporation, | **CASE NO.:** 2:14-cv-3025-BRO (JCx) |
|---|---|---|
| 12 | | |
| 13 | Plaintiff, | **ORDER RE CONFIDENTIALITY OF DISCOVERY MATERIALS** |
| 14 | v. | |
| 15 | AWAKE , INC., A California Corporation individually and doing business as "JEM SPORTSWEAR"; ROSS STORES, INC., a California Corporation; THE ESTATE OF MARILYN MONROE, LLC, a New York Limited Liability Company; and DOES 1 – 10 inclusive, | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | Defendants. | |

20       GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Stipulated

21 Protective Order Re Confidentiality of Discovery Materials submitted by agreement of

22 counsel for plaintiff and for defendants is approved, except that the Court/Court

23 personnel are excepted from the obligations set forth in Paragraph 20 thereof.

24 DATED:  July 3, 2014

25                         _____/s/_____
26                         Honorable Jacqueline Chooljian
                           UNITED STATES MAGISTRATE JUDGE
27

28

                                    1

1050662.1 -- 18216.0024